No. 73–1631. OSTRER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–1633. O'CONNELL *v.* CITY OF CINCINNATI. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 73–1636. SOKOLSKY ET AL. *v.* CLE-WARE INDUSTRIES, INC., ET AL.; and
No. 73–1762. WHALEN ET AL. *v.* CLE-WARE INDUSTRIES, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 73–1641. KNAPP-SHERRILL CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 73–1645. DONAHOE ET AL. *v.* BEECH AIRCRAFT CO. C. A. 9th Cir. Certiorari denied.

No. 73–1646. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. *v.* BEARD. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–1649. EYRAUD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–1652. YOUR HOST, INC., ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 73–1687. COMMISSIONER OF INTERNAL REVENUE *v.* CHEF FOODS, INC., ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 489 F. 2d 957.

No. 73–1654. LEONA LEE CORP. ET AL. *v.* INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ASBESTOS WORKERS, LOCAL 66, AFL–CIO. C. A. 5th Cir. Certiorari denied.

No. 73–1656. SIMMONS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.